227 So.2d 596

Dianne RIDGE, Aaron Prescott

v.

ILLINOIS CENTRAL RAILROAD
COMPANY et al.

No. 50149.

Nov. 12, 1969.

In re: August J. Beyl applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 225 So.2d 704; 225 So.2d 707.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

227 So.2d 596

Willis L. GORE et al.

v.

AMERICAN MOTORISTS INSURANCE
COMPANY.

No. 50138.

Nov. 12, 1969.

In re: Willis L. Gore et al. applying for certiorari, or writ of review, to the Court

of Appeal, First Circuit, Parish of East Baton Rouge. 225 So.2d 627.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.